DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
MARLA K. LETELLIER
Special Assistant United States Attorney
California Bar No. 234969
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8928
Fax: (415) 744-0134
Email:  Marla.Letellier@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI SOETE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 2:13-cv-00439-APG-NJK |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(First Request)**

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Marla K. Letellier, Special Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Reversal and/or Remand, which was filed on February 20, 2014. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion.  Counsel for Defendant contacted Plaintiff's counsel on March 17, 2014, and Plaintiff does not oppose Defendant's motion.  Defendants' current deadline is March 24, 2013.

The instant request is not intended to cause delay and is necessary because counsel for Defendant will be out of the office from March 19, 2014 through March 26, 2014, and because of the heavy workload of counsel for Defendant.

It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of time to respond to Plaintiff's motion, up to and including April 23, 2014.

Dated:  March 18, 2014.

Respectfully submitted

DANIEL G. BOGDEN
United States Attorney

*/s/ Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Acting Regional Chief Counsel

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2014

2