DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
MARLA K. LETELLIER
Special Assistant United States Attorney
California Bar No. 234969
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8928
Fax: (415) 744-0134
Email:  Marla.Letellier@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI SOETE,<br><br>          Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 2:13-cv-00439-APG-NJK |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(Second Request)**

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Marla K. Letellier, Special Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Reversal and/or Remand, which was filed on February 20, 2014, by one week.  This is Defendant's second request for an extension of time to respond to Plaintiff's Motion.  Counsel for Defendant contacted Plaintiff's counsel on April 23, 2014, and Plaintiff does not oppose Defendant's motion.  Defendants' current deadline is April 23, 2013.

The instant request is not intended to cause delay and is necessary because counsel for Defendant was unexpectedly out of the office during the end of last week because she had to care for a

sick child. Because of counsel's heavy workload, she requires a short extension of time in order to complete her responsive brief.

It is therefore respectfully requested that Defendant be granted a seven (7) day extension of time to respond to Plaintiff's motion, up to and including April 30, 2014.

Dated: April 23, 2014.

                                    Respectfully submitted

                                    DANIEL G. BOGDEN
United States Attorney

*/s/ Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney

OF COUNSEL:
DONNA L. CALVERT
Acting Regional Chief Counsel

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 23, 2014

2