**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LORI SOETE, | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00439-APG-NJK |
| vs. | ) | ORDER SETTING ORAL ARGUMENT |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant(s). | ) | |

This case involves judicial review of administrative action by the Commissioner of Social Security ("Commissioner"). Currently pending before the Court is Plaintiff's Motion for Reversal and/or Remand. Docket No. 21. The Commissioner filed a response in opposition and a Cross-Motion to Affirm. Docket Nos. 28-29. Plaintiff filed a reply. Docket No. 30. This action was referred to the undersigned magistrate judge for a report of findings and recommendation pursuant to 28 U.S.C. 636(b)(1)(B)-(C) and Local Rule IB 1-4.

The Court hereby **SETS** oral argument for April 9, 2015, at 3:30 p.m. in Courtroom 3B.

IT IS SO ORDERED.

DATED: March 3, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge